JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| PAMELA JUE, | Case No.: 1:14-CV-01046-SMS |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from December 22, 2014, to January 21, 2015.   This is Plaintiff's first request for an extension by stipulation of the parties.

Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  December 23, 2014

Respectfully submitted,
*/s/   Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

Dated:  December 23, 2014

BENJAMIN B. WAGNER
United States Attorney

1

|   |   |
|---|---|
| | DONNA L. CALVERT |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | **(As authorized via email on December 23, 2014)** |
| By: | /s/_____ |
| | Jean Turk |
| | Office of the General Counsel/SSA |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated:  12/24/2014          /s/ SANDRA M. SNYDER          
                            UNITED STATES MAGISTRATE JUDGE

2