JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PAMELA JUE,<br><br>           Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:14-CV-01046-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's OPENING BRIEF be extended from March 27, 2015, to April 26, 2015.  This is Plaintiff's second request for an extension by stipulation of the parties, and the first request for an extension to serve Plaintiff's Opening Brief. Plaintiff's counsel is in the process of relocating offices and needs additional time.

Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  April 1, 2015

Respectfully submitted,
*/s/   Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

1

| | |
|---|---|
| Dated:  April 1, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | **(As authorized via email on __ )** |
| By: | /s/_____<br>Jean Turk<br>Office of the General Counsel/SSA<br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated:  4/1/2015        /s/ SANDRA M. SNYDER
                       UNITED STATES MAGISTRATE JUDGE