1  Vijay J. Patel
   Attorney at Law: 285585
2  12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
5  Attorneys for Plaintiff
   PAMELA LEE JUE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| PAMELA LEE JUE | ) | Case No.: 1:14-CV-01046-SMS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER THEREON |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) ) | (FIRST REQUEST) |
| Defendant. | ) ) ) | |

Plaintiff Pamela Lee Jue and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time by 40 days from April 26, 2015 to June 5, 2015 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented because current counsel was recently retained. Counsel apologizes for any delay and inconvenience.

DATE: April 30, 2015          Respectfully submitted,

                                        LAWRENCE D. ROHLFING

                                        /s/ *Vijay J. Patel*

                      BY: _____
                            Vijay J. Patel
                            Attorney for plaintiff Ms. Pamela Lee Jue

DATE:  April 30, 2015
                                BENJAMIN WAGNER
                                United States Attorney

                                /s/ *Jean Turk*

                      BY:_____
                            Jean Turk
                            Special Assistant United States Attorney
                            Attorneys for defendant Carolyn W. Colvin
                            |*authorized by e-mail|

IT IS SO ORDERED:

DATED:  5/1/2015          /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE